IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | No. C 06-4751 MEJ |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE** |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, | |
| Defendant. | |

On January 17, 2008, Plaintiff E.K. Wade filed a Notice of Unavailability. Since that time, however, Plaintiff has made no further appearance. Further, although Plaintiff filed his complaint on August 7, 2006, there is no indication that the defendant has been served. Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by November 14, 2008, and the Court shall conduct a hearing on December 4, 2008 at 10:00 a.m. in Courtroom B, 15 th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E K WADE, | Case Number: CV06-04751 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E.K. Wade
542 North Civic Dr., Apt. D
Walnut Creek, CA 94597

Dated: November 3, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2