IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,                                              No. C 06-4751 MEJ

            Plaintiff,

      vs.                                             **ORDER RE: SERVICE OF AMENDED**
                                                                **COMPLAINT**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,

            Defendant.

_____/

      On November 17, 2008, the Court granted Plaintiff's motion to amend his complaint and ordered him to file proof of service in compliance with Federal Rule of Civil Procedure 4. Specifically, as it appears that Defendant was not properly served with the initial complaint, the Court informed Plaintiff that the amended complaint must be served via registered or certified mail.

      The Court is now in receipt of Plaintiff's proof of service, filed December 4, 2008.  Although the document states that the amended complaint was served by certified mail, it also states that the server placed the complaint in a post office box.  Further, there is no indication that Plaintiff received a certified mail receipt from the United States Post Office stamped with the date of mailing, nor did Plaintiff provide the unique article number assigned to the mailing or a signature record confirming delivery.  Accordingly, the Court hereby ORDERS Plaintiff to file a copy of the stamped receipt and a copy of the signature record from the United States Post Office.  Plaintiff shall file the requested documents by December 17, 2008.

      **IT IS SO ORDERED.**

  Dated: December 8, 2008                          _____

                                             MARIA-ELENA JAMES
                                           United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

E K WADE,                                              Case Number: CV06-04751 MEJ

           Plaintiff,                          **CERTIFICATE OF SERVICE**

     v.

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES et al,

           Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E.K.  Wade
542 North Civic Dr., Apt. D
Walnut Creek, CA 94597

Dated: December 8, 2008

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk

United States District Court
For the Northern District of California

2