IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>        Plaintiff,<br>vs.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,<br><br>        Defendant.<br>_____/ | No. C 06-4751 MEJ<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER VACATING HEARING RE: DEFENDANT'S MOTION TO DISMISS** |

       Defendant American Federation of Government Employees' Motion to Dismiss, filed December 23, 2008, is currently scheduled for a hearing on February 12, 2009. Pursuant to Civil Local Rule 7, Plaintiff E.K. Wade's opposition to the motion was due by January 22, 2009. However, Plaintiff failed to file any opposition. Accordingly, the Court hereby VACATES the February 12, 2009 hearing date. Further, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by February 12, 2009, and the Court shall conduct an order to show cause hearing on February 26, 2009 at 10:00 a.m. in Courtroom B, 15 th Floor, 450 Golden Gate Avenue, San Francisco, California.

       **IT IS SO ORDERED.**

Dated: January 27, 2009

                                                              MARIA-ELENA JAMES<br>                                                              United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E K WADE, | Case Number: CV06-04751 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E.K. Wade
542 North Civic Dr., Apt. D
Walnut Creek, CA 94597

Dated: January 27, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2